BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

WILLIAM J. GULLOTTA (CTBN 423420)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5053
FAX: (408) 535-5066
William.Gullotta@usdoj.gov

Attorneys for United States of America

FILED
MAY 1 6 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
MAY 13 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MARCOS DANIEL ROBLES, <br> Defendant. | No. 15-mj-70620 <br><br> NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the Criminal Complaint without prejudice in the above-referenced case.

DATED: May 13, 2016

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

/s/
WILLIAM J. GULLOTTA
Assistant United States Attorney

NOTICE OF DISMISSAL (15-mj-70620)

1  Leave is granted to the government to dismiss the ~~Superseding Indictment and the Indictment.~~ Complaint

2  Terminate case.

4  Date: May 16, 2016  _____
   Honorable Nathanael Cousins
5  United States District/Magistrate Judge

NOTICE OF DISMISSAL (15-mj-70620)